| UNITED STATES BANKRUPTCY COURT |
| --- |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Albert Russo |
| CN 4853 |
| Trenton, NJ  08650 |
| 609-587-6888 |
| Standing Chapter 13 Trustee |

In re:

Marie P Jean-Baptiste

Debtor

Chapter 13 Case No. 12-11785 / MBK

Judge: Michael B. Kaplan

NOTICE DEPOSITING UNCLAIMED FUNDS
PURSUANT TO D.N.J.LBR 7067-1

Albert Russo, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the court in the amount of $31,621.00, payable to the Clerk, United States Bankruptcy Court.  The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
| --- | --- |
| CITIMORTGAGE, INC.<br>P.O. BOX 9438<br>GAITHERSBURG, MD  20895-9438 | $31,621.00 |

DATED: 7/3/2014

/s/   Albert Russo

Albert Russo
Standing Chapter 13 Trustee